# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00071-JWH(DFMx) | Date | July 14, 2023 |
| Title | Paul Sapan v. Lendingtree, LLC | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Justin Prato | Lauren Ann Deeb |
| Christopher J. Reichman | Kevin P. Polansky |

**Proceedings:** **HEARING RE: DEFENDANT'S MOTION TO DISMISS CASE [ECF No. 14]; SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. The Defendant's Motion to Dismiss Case [ECF No. 14] is **DENIED** without prejudice.

2. The Court **GRANTS** Plaintiff leave to file an amended complaint no later than August 18, 2023. Defendant is **DIRECTED** to file its response to Plaintiff's amended complaint no later than September 8, 2023.

3. The parties are **DIRECTED** to meet and confer thoroughly regarding the personal jurisdiction and failure-to-state-a-claim issues that Defendant has raised.

4. The briefing schedule for Plaintiffs' anticipated Motion for Class Certification is as follows:

Deadline to file Motion for Class Certification:   May 24, 2024

Deadline to file Opposition to Motion for Class Certification:   June 28, 2024

Time:   00:24
Initials of Preparer: cla

| | |
|---|---|
| Deadline to file Reply re Motion for Class Certification: | July 12, 2024 |
| Hearing on Motion for Class Certification: | July 26, 2024, at 9:00 a.m., in person |

**IT IS SO ORDERED.**

Time: __00:24__
Initials of Preparer: cla