# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LENDINGTREE, LLC<br><br>　　　　　Defendants. | Case No.: 8:23-cv-00071-JWH-DFM<br><br>**THIRD AMENDED SCHEDULING ORDER** |

The Court, having considered the Parties' stipulated motion to amend the Scheduling Order, and good cause appearing, hereby **ORDERS** that the Second Amended Scheduling Order [Dkt. No. 46] is **AMENDED** as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Deadline to file Opposition to Motion for Summary Judgment | February 7, 2025 | February 14, 2025 |
| Deadline to file Reply for Motion for Summary Judgment | February 14, 2025 | February 21, 2025 |
| Deadline to file Opposition to Motion for Class Certification | February 7, 2025 | March 19, 2025 |
| Deadline to file Reply for Class Certification | February 21, 2025 | March 26, 2025 |

**IT IS SO ORDERED.**

DATED: February 6, 2025.

Hon. John W. Holcomb
United States District Judge