JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on behalf of all others similarly situated, | Case No. 8:23-cv-00071-JWH-DFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LENDINGTREE, LLC, | |
| Defendant. | |

Pursuant to the "Order Granting Plaintiff's Motion for Summary Judgment [ECF No. 48]" and in accordance with Rules 56 and 58(d) of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.    This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2.    The operative pleading in this case is the First Amended Complaint [ECF No. 26] filed by Plaintiff Paul Sapan.

3.    Judgment is hereby **ENTERED** in **FAVOR** of Defendant LendingTree LLC, and **AGAINST** Plaintiff Paul Sapan.  Plaintiff Paul Sapan shall take nothing by way of his First Amended Complaint.

4.    Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated:____March 18, 2025_____        _____

John W. Holcomb
UNITED STATES DISTRICT JUDGE